UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
PATRICK COTTRELL

CASE NO. 06 B 09345

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-0749

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/02/06 and confirmed on 10/06/06.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 5275.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 946.36 | .00 | 122.53 |
| CAPITAL ONE BANK | UNSECURED | 4167.61 | .00 | 539.60 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 8578.81 | .00 | 1110.72 |
| GE MONEY BANK | UNSECURED | 1000.00 | .00 | 129.48 |
| RECOVERY MANAGEMENT SYST | UNSECURED - C | 91.66 | .00 | 91.66 |
| RECOVERY MANAGEMENT SYST | UNSECURED - C | 34.07 | .00 | 34.07 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 14692.78 | 125.73 | 14818.51 |
| PRINCIPAL PAID | .00 | .00 | 1902.33 | 125.73 | 2028.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1902.33 | 125.73 | 2028.06 |

The Debtor's attorney, DAVID M SIEGEL     , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $   246.94 .

Refunds to the Debtor totaled $     .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/18/07                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 09345 PATRICK COTTRELL